**Wilbur C. DETERT et al., Appellants,**

v.

**UNITED STATES of America.**

No. 15353.

United States Court of Appeals
Eighth Circuit.

August 19, 1955.

D. C. Nolan, William M. Tucker and F. B. Olsen, Iowa City, Iowa, for appellants.

Roy L. Stephenson, U. S. Atty., and John C. Stevens, Asst. U. S. Atty., Des Moines, Iowa, for appellee.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation of counsel for respective parties.

**Joseph P. McMILLIAN, Appellant,**

v.

**UNITED STATES of America.**

No. 15343.

United States Court of Appeals
Eighth Circuit.

August 5, 1955.

Ted A. Bollinger, Jr., and Jesse E. Bishop, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and W. Francis Murrell, Asst. U. S. Atty., St. Louis, Mo., for appellee.

Appeal from District Court dismissed, on dismissal filed by appellant and consent by appellee.

**WILSON–KEITH & COMPANY, a corporation, et al.**

v.

**AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY et al.**

No. 15409.

United States Court of Appeals
Eighth Circuit.

August 15, 1955.

Adolph K. Schwartz and Joseph Badaracco, St. Louis, Mo., for appellants.

Donald N. Clausen, Clausen, Hirsh & Miller, Chicago, Ill., and Karl P. Spencer, St. Louis, Mo., for appellees.

Motion of appellees to docket and dismiss appeal granted, and appeal from District Court docketed and dismissed at costs of appellants.

**John Edwin BYERS, Appellant,**

v.

**Dr. Ivan W. STEELE.**

No. 15403.

United States Court of Appeals
Eighth Circuit.

August 2, 1955.

Mr. John Edwin Byers, pro se.

Leave to appellant to proceed on appeal in forma pauperis denied and appeal from District Court dismissed, etc.